FILED
U.S. DISTRICT COURT

2006 FEB 21  P 4: 36

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JASBIR BHATIA SINGH,<br><br>      Plaintiff,<br>vs.<br><br>SALT LAKE CITY JUSTICE COURT,<br><br>      Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:05CV878 DAK |

      This matter is before the court on Plaintiff's objections to the Report and Recommendation issued by the Magistrate Judge. On November 7, 2005, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B). On January 27, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's Complaint be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

      Plaintiff filed an objection to the Report and Recommendation, emphasizing that justice court employees are public servants and that the "refusal of service" from one of the justice court employees who had a hard time understanding him has caused him to suffer from mental shock.

      The court has considered Plaintiff's Objection, along with the entire case file. The court agrees with the Magistrate Judge's determination that Plaintiff has failed to state claim, and Plaintiff has not demonstrated otherwise in his Objection.

      Thus, having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is hereby

DISMISSED for failure to state a claim.

DATED this 21st day of February, 2006.

BY THE COURT:

DALE A. KIMBALL
United States District Judge